**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

JESUS R. SUAREZ,

                Plaintiff,

-vs-                                                Case No.  2:07-cv-44-FtM-29SPC

FIRE STOP SYSTEMS, INC.,

                Defendant.

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      This matter comes before the Court on the Plaintiff Jesus Suarez and the Defendant Fire Stop Systems, Inc.'s Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. #18) filed on July 6, 2007.  This case was brought under the Fair Labor Standards Act (FLSA) 29 U.S.C. § 201 *et. seq.*  The Parties have reached a settlement agreement and seek court approval of that agreement.  In Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1352-1355 (11th Cir. 1982),  the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness."  In the Joint Motion for Approval submitted by the Parties, (Doc. # 18), the Parties provide that the Defendants will pay 100% of the Plaintiff's agreed upon settlement sum plus attorney's fees.  Because the Plaintiff Luis Ortiz has agreed that the settlement figure was entered into knowingly and voluntarily, after having the opportunity to fully discuss it with his attorney, the Court concludes that the proposed settlement is a fair and reasonable resolution of a bona fide dispute over the FLSA.

Accordingly, it is now

**RECOMMENDED:**

The Plaintiff Jesus Suarez and the Defendant Fire Stop Systems, Inc.'s Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. #18) should be **GRANTED.** It is further respectfully recommended, the settlement agreement should be **APPROVED** by the District Court and the case should be **DISMISSED with Prejudice** pursuant to the agreement of the Parties and the Clerk should be directed to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended at Fort Myers, Florida, this ___17th___ day of July, 2007.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record