UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JESUS R. SUAREZ,

        Plaintiff,

vs.                                    Case No. 2:07-cv-44-FtM-29SPC

FIRE STOP SYSTEMS, INC.,

        Defendant.

_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #19), filed July 17, 2007, recommending that the parties' Joint Motion for Approval of Settlement and Dismissal With Prejudice (Doc. #18) be granted, the settlement agreement approved, and the case be dismissed with prejudice. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. §

636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge and will approve the settlement agreement.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #19) is hereby **accepted** and specifically incorporated herein.

2. The parties' Joint Motion for Approval of Settlement and Dismissal With Prejudice (Doc. #18) is **GRANTED** and the settlement is approved.

3.  The Clerk shall enter judgment dismissing the case with prejudice pursuant to the settlement agreement, terminate all pending deadlines as moot, and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this ___6th___ day of August, 2007.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
DCCD